Gene Williams (SBN 211390)
GWilliams@initiativelegal.com
Sue J. Kim (SBN 256392)
SKim@initiativelegal.com
INITIATIVE LEGAL GROUP APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone:  (310) 556-5637
Facsimile:   (310) 861-9051

Attorneys for Plaintiff Laura Heintz

DYKEMA GOSSETT LLP
John M. Thomas (SBN: 266842)
    jthomas@dykema.com
Brian H. Newman (SBN: 205373)
    bnewman@dykema.com
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone:  (213) 457-1800
Facsimile:  (213) 457-1850

BIRD, MARELLA, BOXER, WOLPERT,
    NESSIM, DROOKS & LINCENBERG, P.C.
Terry W. Bird (SBN: 49038)
    twb@birdmarella.com
Ekwan E. Rhow (SBN: 174604)
    eer@birdmarella.com
1875 Century Park East, 23rd Floor
Los Angeles, California  90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants AMERICAN
HONDA MOTOR CO., INC., HONDA
NORTH AMERICA, INC. and HONDA
MOTOR COMPANY, LTD.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LAURA HEINTZ, individually, and on behalf of a class of similarly situated individuals,<br>            Plaintiff,<br>       vs.<br>AMERICAN HONDA MOTOR CO., INC., a California corporation; HONDA NORTH AMERICA, INC.; and HONDA MOTOR COMPANY, LTD.<br>            Defendants. | CASE NO. CV11-09311-SVW (MRW)<br><br>ORDER |

2881347.1

PROPOSED ORDER

1   Pursuant to Stipulation and good cause shown, IT IS HEREBY ORDERED
2   THAT:
3       1.  Plaintiff shall file her First Amended Complaint on or before May 27,
4   2012; and
5       2.  Defendants shall have thirty days to answer, move or otherwise respond
6   to Plaintiff's First Amended Complaint.  Defendants need not file any response to
7   the Complaint.
8   **IT IS SO ORDERED.**
9
10  DATED:   April 23, 2012            _____
                                        HONORABLE STEPHEN V. WILSON
11