Gene Williams (SBN 211390)
GWilliams@initiativelegal.com
Sue J. Kim (SBN 256392)
SKim@initiativelegal.com
INITIATIVE LEGAL GROUP APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Attorneys for Plaintiff Laura Heintz

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| LAURA HEINTZ, individually, and on behalf of a class of similarly situated individuals,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICAN HONDA MOTOR CO., INC., HONDA NORTH AMERICA, INC., AND HONDA MOTOR COMPANY, LTD.,<br><br>        Defendants. | Case No. CV 11-9311-SVW(MRWx)<br><br>Class Action Fairness Act<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)**<br><br>Complaint filed: November 8, 2011 |

1  **PLEASE TAKE NOTICE** that Plaintiff Laura Heintz ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendants American Honda Motor Co., Inc., Honda North America, Inc., and Honda Motor Company, Ltd., ("Defendants").

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated: May 25, 2012

Respectfully submitted,

Initiative Legal Group APC

By: /s/ Gene Williams
Gene Williams
Sue J. Kim

Page 1

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)